United States Courts
Southern District of Texas
FILED

*June 04, 2024*

Nathan Ochsner, Clerk of Court

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
Vs.
**Micheal Lee Engimann**
**Esteban Solis**

**CRIMINAL COMPLAINT**

Case Number: C-24-255M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **June 3, 2024** (DATE) in **Kenedy** County, in the Southern District of Texas, defendant, **Micheal Lee Engimann / Esteban Solis**

did knowingly or in a reckless disregard of the fact that an alien had come to, entered, or remained in the United States in violation of law, transport, or move or attempt to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title **8** United States Code, Section(s) **1324**
I further state that I am a(n) **Border Patrol Agent** (Official Title) and that this complaint is based on the following facts:

See Attached Affidavit of U.S. Border Patrol Agent **Luis Alfaro**

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on the:

June 4, 2024
Date

at Corpus Christi, Texas
City and State

Signature of Complainant
**Luis Alfaro**
Printed Name of Complainant

**Mitchel Neurock U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

# AFFIDAVIT

The information contained in this report /affidavit is based upon my personal participation in the investigation, which included, but is not limited to information relayed to me by other agents and officers participating in the investigation.

**FACTS/DETAILS:**

On June 3, 2024, Border Patrol Agents were working the Padre Island National Seashore (PINS) area. At approximately 3:30 p.m., a PINS Rangers informed them via service radio, that a concerned citizen reported a raft with multiple subjects crossing the Mansfield Cut from the south side to the north side.

Agents arrived to the 50 Mile Marker, and made contact with a PINS Turtle Patrol Employee (TPE). An Agent asked the TPE if she had seen any subjects walking along the beach. The TPE stated that approximately 3 miles south of her location, she was approached by a male and female asking for water and the use of a cellphone.

Agents continued southbound towards the last known location of the subjects. Shortly after, the Agents came across foot-sign of two individuals walking in the sand. The Agents tracked the Foot-sign further north along the beach and then into the sand dunes. Agents then located two subjects attempting to hide in tall grass and debris located in the dunes. An immigration inspection was conducted on a male subject named Michael Lee ENGIMANN who stated he was a United States Citizen and a female subject named Cinthia RODRIGUEZ-Galvan who stated she was a Mexican Citizen. RODRIGUEZ-Galvan did not possess the proper immigration documents to be in or remain in the United States legally.

The Agents suspected ENGIMANN of attempting to smuggle RODRIGUEZ-Galvan further into the interior of the United States and placed both subjects under arrest. Agents then began to transport both subjects in separate vehicles to the Corpus Christi Border Patrol Station for further investigation and processing.

While enroute to the Corpus Christi Border Patrol Station, an Agent asked RODRIGUEZ-Galvan what type of vehicle was going to pick her and ENGIMANN up from the PINS. RODRIGUEZ-Galvan stated it was going to be a small white jeep with green fenders.

Shortly after obtaining the information of the small white Jeep with green fenders, A Border Patrol Agent observed a white in color Jeep Liberty that matched the description given by RODRIGUEZ-Galvan, traveling southbound on Park Road 22. The Agent asked RODRIGUEZ-Galvan if that was the vehicle that was going to pick them up, RODRIGUEZ-Galvan stated that it was. Another Border Patrol Agent also stated via a service radio that ENGIMANN freely stated that the driver of the white Jeep Liberty was his "buddy".

Based on the information provided by RODRIGUEZ-Galvan and ENGIMANN, the Agents coordinated efforts and performed a two-agent vehicle stop on the white Jeep Liberty.

During the traffic stop Agents encountered a United States Citizen identified as SOLIS, Esteban. SOLIS was the sole occupant of the vehicle. Agents questioned SOLIS as to where he was coming from and what his purpose was in this area. SOLIS stated that he traveled down from San Antonio, Texas and that he wanted to see how far the beach would go.

During the traffic stop, Agents conducted history checks on SOLIS via Rio Grande Valley Sector Communications. It was discovered that SOLIS has an extensive criminal history to include Alien Smuggling at the Falfurrias Border Patrol Checkpoint in 2023.

Agents questioned RODRIGUEZ-Galvan once again to confirm that it was in fact the same vehicle that dropped them off on the south side of the Mansfield Cut. RODRIGUEZ- Galvan stated "Yes, it is".

Given the totality of circumstances and the two subjects separately identifying SOLIS'S Jeep Liberty as being involved in a smuggling attempt, SOLIS was placed under arrest and transported to the Corpus Christi Border Patrol Station for further investigation and processing.

### MATERIAL WITNESS STATEMENT: Cinthia RODRIGUEZ-Galvan

RODRIGUEZ-Galvan stated that she arrived at Matamoros, Tamaulipas, Mexico on or about May 21, 2024, where she stayed at a stash house for about 2 days. On or about May 23, 2024, she was crossed into the United States. She was taken to a warehouse in McAllen where she stayed for a short time. She was then taken to an apartment for about 3 days. Esteban SOLIS picked her up in a white jeep with green fenders and took her to his house on or about May 28, 2024, where she stayed for about 5 days. SOLIS was the person who was supposed to take her to Houston, Texas. Michael ENGIMANN arrived on the third day that she was at SOLIS' house, ENGIMANN was the caretaker of the house.

On June 3, 2024, at approximately 11:00 am, SOLIS drove her and ENGIMANN in the white Jeep to the beach all the way to the Port Mansfield Cut. The day prior, she, SOLIS, and ENGIMANN went to Walmart to buy lifejackets and a raft, SOLIS paid for the items. Once they arrived at the Port Mansfield Cut, SOLIS dropped her and ENGIMANN off and SOLIS left. SOLIS told ENGIMANN to cross her to the other side of the water channel and then SOLIS would pick them both up in the Jeep.

After a while, she and ENGIMANN inflated the raft and proceeded to cross the water channel. They rested for about 30 minutes and then they proceeded to walk north along the shore to wait

for SOLIS to pick them up. They were hoping to encounter someone to ask to use their phone to call SOLIS to find out how far long he was. She stated her phone was not working.

RODRIGUEZ-Galvan stated they were never able to contact SOLIS. They were encountered by Border Patrol and arrested. While traveling off the beach, she saw SOLIS in the white Jeep and advised the Border Patrol Agent that it was her friend coming to pick them up. Border Patrol Agents then conducted a vehicle stop on the white Jeep.

RODRIGUEZ-Galvan identified Esteban SOLIS through a 6-pack photo line-up. She identified him as the driver of the white Jeep with green fenders, the owner of the house where she stayed for about 5 days and the person that was attempting to smuggle her to Houston, Texas. The total amount to be paid for the smuggling attempt was going to be 11,000 USD to an unknown person.

Subject also identified Michael Lee ENGIMANN as the person that was the caretaker and the person that rafter her across the Port Mansfield Channel.

**DISPOSITION:**

The facts of this case were presented to the Assistant United States Attorney's Office who accepted Esteban Solis, and Micheal Lee Engimann for prosecution of 8 USC 1324, Alien Smuggling. Cinthia Rodriguez-Galvan will be held as a material witness.

Luis C. Alfaro
Border Patrol Agent

Submitted by reliable electronic means, sworn to signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on this day June 4, 2024.

Mitchel Neurock
United States Magistrate Judge